UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| DARREN GILBERT, | NO. 2:21-cv-02185-KJM-JDP |
| Plaintiff, | |
| | STIPULATION TO EXTEND |
| vs. | RESPONISVE PLEADING DEADLINE |
| | FOR DEFENDANTS, DODD |
| | CONVENIENCE dba EXPRESS STOP; |
| DODD CONVENIENCE dba EXPRESS STOP; PAUL CARVER, Trustee of THE CARVER FAMILY TRUST, dated February 15, 2019; | PAUL CARVER, Trustee of THE CARVER FAMILY TRUST, dated February 15, 2019, AND ORDER |
| | ECF No. 4 |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff, DARREN GILBERT ("Plaintiff"), and Defendants, DODD CONVENIENCE dba EXPRESS STOP; PAUL CARVER, Trustee of THE CARVER FAMILY TRUST, dated February 15, 2019, ("Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 6(a), and Local Rules 143(b) and 144(a), Defendants may have to and including January 21, 2022, to file a responsive pleading in this matter.

The Parties are undergoing settlement negotiations and Defendants would like to avoid the cost and expense of filing a responsive pleading, if possible. This extension of time is

1  Defendants' first extension and does not alter the date of any event or any deadline already
2  scheduled by the Court.
3  DATED: December 30, 2021,                    GOLDEN LAW A.P.C.

                                               By   /s/ Rachelle Taylor Golden
                                                    RACHELLE TAYLOR GOLDEN
                                                    Attorney for Defendants,
                                                    DODD CONVENIENCE dba EXPRESS
                                                    STOP; PAUL CARVER, Trustee of THE
                                                    CARVER FAMILY TRUST, dated
                                                    February 15, 2019,

8  DATED: December 30, 2021,

                                                    MOORE LAW FIRM, P.C.

                                               By   /s/  Tanya E. Moore
                                                    TANYA E. MOORE
                                                    Attorney for Plaintiff,
                                                    DARREN GILBERT


**ATTESTATION**


   Concurrence in the filing of this document has been obtained from each of the
invididual(s) whose electronic signature is attributed above.

                                               By   /s/ Rachelle Taylor Golden
                                                    RACHELLE TAYLOR GOLDEN
                                                    Attorney for Defendants,
                                                    DODD CONVENIENCE dba EXPRESS
                                                    STOP; PAUL CARVER, Trustee of THE
                                                    CARVER FAMILY TRUST, dated
                                                    February 15, 2019;

**ORDER**

Defendants, DODD CONVENIENCE dba EXPRESS STOP; PAUL CARVER, Trustee of THE CARVER FAMILY TRUST, dated February 15, 2019, shall have up to and including January 21, 2022, to file their responsive pleading.

IT IS SO ORDERED.

Dated:  January 3, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE